IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. MINERALS, INC.,<br><br>Defendant. | CR 21–25–BU–DLC<br><br><br><br>ORDER |

On the Court's own motion, IT IS ORDERED that the parties shall submit to the Court a stipulated notice form in accordance with Special Condition No. 2 of Defendant's conditions of probation on or before December 20, 2021.  If the parties cannot agree on the form of notice, each party shall file its own proposed notice form on or before December 20, 2021.

DATED this 10th day of December, 2021.

_____
Dana L. Christensen, District Judge
United States District Court