IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–25–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| U.S. MINERALS, INC., | |
| Defendant. | |

Before the Court is the parties' Notice of Filing of Stipulated Notice. (Doc. 24.) The Court approves the parties' stipulated form of notice.

Accordingly, IT IS ORDERED that Defendant U.S. Minerals, Inc. shall provide the stipulated notice to its employees and shareholders in accordance with Special Condition No. 2 of U.S. Minerals, Inc.'s conditions of probation. (*See* Doc. 20 at 3.)

DATED this 22nd day of December, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1